UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Thomas I Barnes, Jr<br>   Wendi L Barnes<br>        Debtor(s) | Case No. 12-38389 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/27/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/07/2012.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,395.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK ONE/JPM CHASE | Unsecured | 8,458.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 11,621.00 | NA | NA | 0.00 | 0.00 |
| BEACON SALES ACQUISITION | Unsecured | 4,047.51 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,526.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 8,236.81 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK NA CONSUMER | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| BRADCO SUPPLY COMPANY | Unsecured | 3,915.23 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 3,288.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 1,198.90 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 1,199.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 4,857.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 35.75 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 888.40 | NA | NA | 0.00 | 0.00 |
| EARTHMOVER CREDIT UNION | Secured | 21,412.00 | NA | NA | 0.00 | 0.00 |
| EARTHMOVER CREDIT UNION | Secured | 6,932.00 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 3,811.86 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,736.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 827.35 | NA | NA | 0.00 | 0.00 |
| GREEN T LAWN SERVICE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT | Secured | 5,987.28 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE | Secured | 65,170.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Priority | 4,468.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,488.00 | NA | NA | 0.00 | 0.00 |
| INFINITI | Unsecured | 431.51 | NA | NA | 0.00 | 0.00 |
| INTERNAL MEDICINE & FAMILY | Unsecured | 162.30 | NA | NA | 0.00 | 0.00 |
| JEWEL OSCO FOOD STORES | Unsecured | 125.76 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| OBERWEIS DAIRY | Unsecured | 143.01 | NA | NA | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES | Unsecured | 61,076.38 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD COMM SCHOOL DISTRIC | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRAIRIE EMERGENCY SERVICE | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| PROVENA HEALTH | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| RICHARDS BUILDING SUPPLY | Unsecured | 4,950.11 | NA | NA | 0.00 | 0.00 |
| SENESAC & LENNON | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 2,817.06 | NA | NA | 0.00 | 0.00 |
| STERLING JEWELERS | Unsecured | 4,806.59 | NA | NA | 0.00 | 0.00 |
| THOMAS BARNES SR | Secured | 1,012.72 | NA | NA | 0.00 | 0.00 |
| TRIPLE TAKE LAWN CARE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| WHEATLAND DENTAL | Unsecured | 1,668.95 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY CIRCUIT CT CLERK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2013　　　　　　　　　　By: /s/ Glenn Stearns
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**